No. 00–9104. PIMENTEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9105. HARBIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9106. ALMENDAREZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–9107. ABARCA-VENEGAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9108. SATHER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–9109. SIMPO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9110. BELTRAN-CASARES v. UNITED STATES; FLORES-GARCIA v. UNITED STATES; GUTIERREZ-MARTINEZ v. UNITED STATES; HERRERA-PENA, AKA HERRERA v. UNITED STATES; LOZANO-GUTIERREZ, AKA LOZANO, AKA GUTIERREZ v. UNITED STATES; and MARTINEZ-PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–9111. JACOBSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–9112. PENIERO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9115. WILSON v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–9119. STEPHENS v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9124. BRATER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–9127. COWLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–9130. ORNS, AKA OLLIS, AKA OWENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.